UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RUSTY CARIBBEAN PROPERTY LIMITED,
derivatively, on behalf of
RESORT RESIDENCES AT VICEROY
ANGUILLA, LTD. and VILLAS AT
ANGUILLA HOMEOWNERS ASSOCIATION,
LTD.,

Plaintiffs,

v.

SOF 82 ANGUILLA HOLDINGS, LLC,
SOF— VIII— HOTEL II ANGUILLA HOLDINGS,
LLC, STARWOOD CAPITAL GROUP, LLC,
and ROY SHANHOLTZ,

Defendants,

RESORT RESIDENCES AT VICEROY
ANGUILLA, LTD. and VILLAS AT
ANGUILLA HOMEOWNERS ASSOCIATION
LTD.,

Nominal Parties.

------------------------------------------------------------x

Index No. 16-cv-3094

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2016

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Rusty Caribbean Property, Ltd., derivatively, and on behalf of, Resort Residences at Viceroy Anguilla, Ltd. and Villas at Anguilla Homeowners Association, Ltd. ("Plaintiff"), and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants, SOF 82 Anguilla Holdings, LLC, SOF-VIII-Hotel II Anguilla Holdings, LLC, Starwood Capital Group, LLC, and Roy Shanholtz (collectively, the "Defendants").

So Ordered.

*[signature]*
July 22, 2016

1

Dated: July 22, 2016

                                 **GUSRAE KAPLAN NUSBAUM PLLC**

                                 _/s/ Ryan J. Whalen_
                                 Ryan J. Whalen, Esq.
                                 120 Wall Street
                                 New York, NY 10005
                                 (212) 269-1400

                                 _Attorneys for Plaintiff, Rusty Caribbean Property, Ltd. derivatively, and on behalf of, Resort Residences at Viceroy Anguilla, Ltd. and Villas at Anguilla Homeowners Association, Ltd._